041396/19344/TPD

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| ELLEAN NANCE, #B-60068,<br><br>    Plaintiff,<br><br>v.<br><br>JOE DOE 1, JOHN OR JANE DOE ##2-5 and 7-12 (Menard Doctors or NP's) JOHN DOE #6, MRS. POLLION, MRS. FRUETAS, JOHN OR JANE DOE #13 (Stateville Doctors, PA's or NP's), and WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | No. 3:16-cv-875-NJR-DGW |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

   I hereby enter my appearance as counsel for

   RASHIDA POLLION and WEXFORD HEALTH SOURCES, INC.

DATED:  October 24, 2016

/s/ Timothy P. Dugan
Attorney's Signature

Timothy P. Dugan
Name

100 North Broadway, Suite 1580
St. Louis, MO 63102
Address

(314) 241-1377
Phone Number

(314) 241-1320 (Fax)
Fax Number

tdugan@cassiday.com
E-Mail Address

8313334 MHUBER;MHUBER

Rev. 2/11

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016 I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on October 24, 2016. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Ellean Nance, #B60068
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 1000
Menard IL 62259

/s/ Timothy P. Dugan