U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ELLEAN NANCE, #B-60068,<br><br>        Plaintiff,<br><br>v.<br><br>JOE DOE 1, JOHN OR JANE DOE ##2-5 and 7-12 (Menard Doctors or NP's) JOHN DOE #6, MRS. POLLION, MRS. FRUETAS, JOHN OR JANE DOE #13 (Stateville Doctors, PA's or NP's), and WEXFORD HEALTH SOURCES, INC.<br><br>        Defendants. | Case Number 3:16-cv-875-NJR-DGW<br><br>Judge Nancy J. Rosenstengel<br><br>Magistrate Judge Donald G. Wilkerson |

**DEFENDANTS' JOINT MOTION TO STRIKE AND SHOW CAUSE**

COME NOW Defendants RASHIDA POLLION and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CASSIDAY SCHADE LLP, joined by Defendants JOHN R. BALDWIN, KIM BUTLER, SALVADOR GODINEZ, ILLINOIS DEPT. OF CORRECTIONS, JACQUELINE LASHBROOK, STEVE MEEKS, ANNA L. SCHOTT, and RONALD SKIDMORE, by and through their attorney, LISA MADIGAN, ATTORNEY GENERAL FOR THE STATE OF ILLINOIS, and for their JOINT MOTION TO STRIKE AND SHOW CAUSE, state as follows:

    1.    On August 3, 2016, Plaintiff filed his Complaint. (Doc. 1).

    2.    On June 19, 2017, the Court entered its Scheduling Order. (Doc. 84).

    3.    The Court expressly limited discovery to 10 Requests for Admissions. (Doc. 84, p. 3). The Court ordered that any party wishing to propound additional requests should file a motion stating good cause. (Doc. 84, p. 3).

    4.    On April 6, 2018, Plaintiff filed a Request for Admissions ("RFAs") containing 46 asserted facts for which Plaintiff sought admission. (Doc. 130).

5.  Defendants Wexford and Pollion filed a Motion to Strike Plaintiff's RFAs as it was not in conformity with the Court's Order. (Doc. 138). On May 2, 2018, the Court granted Defendants' Motion to Strike. (Doc. 139).

6.  On August 21, 2018, Plaintiff filed another set of 11 RFAs, again in blatant violation of the Court's Order limiting him to 10 RFAs. (Doc. 148). Currently pending is Defendants' Joint Motion to Stay and for Protective Order concerning these RFAs. (Doc. 149).

7.  On August 24, 2018, Plaintiff filed another set of 11 RFAs in persistent violation of the Court's Order. (Doc. 150). Plaintiff did not petition the Court or show cause for 11 additional RFAs (22 in total). Due to Plaintiff's repeated violation of the Court's Order, Defendants jointly move to strike Plaintiff's RFAs. (Doc. 150).

8.  On September 4, 2018, Plaintiff filed another set of 11 RFAs in violation of the Court's Order. (Doc. 151). These requests appear to be identical to Doc. 148 except that Plaintiff specifically directs these requests at Defendant Pollion. As further explained in Defendants' Joint Motion to Stay and for Protective Order (Doc. 149), Defendants jointly move the Court to strike Plaintiff's RFAs (Docs. 148; 151).

9.  On September 6, 2018, Plaintiff filed a "Resubmit to Identify Defendant for Plaintiff's Request for Admissions." (Doc. 151). This appears to be identical to Doc. 150 except that Plaintiff specifically directs the contained requests at Wexford Health Sources, Inc. For the above stated reasons, specifically that Plaintiff did not petition or show good cause for 22 RFAs, Defendants jointly move the Court to strike Plaintiff's RFAs (Doc. 150; 152).

10. Despite his prior RFAs being stricken (Doc. 139), Plaintiff continuously violates the Court's Order limiting him to 10 RFAs. Further, Plaintiff has a pattern of violating the

Court's Orders in this matter, which has unduly delayed the proceedings with unnecessary litigation. (Docs. 134; 142; 143).

11. As such, Defendants further jointly move this Court to order Plaintiff to show cause why this case should not be dismissed for Plaintiff's persistent and knowing violations of the Court's Orders.

WHEREFORE, Defendants RASHIDA POLLION and WEXFORD HEALTH SOURCES, INC., joined by Defendants JOHN R. BALDWIN, KIM BUTLER, SALVADOR GODINEZ, ILLINOIS DEPT. OF CORRECTIONS, JACQUELINE LASHBROOK, STEVE MEEKS, ANNA L. SCHOTT, and RONALD SKIDMORE, respectfully request the Court grant their Joint Motion to Strike and Show Cause and for further such relief the Court deems just.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: */s/ Jaclyn Kinkade*
One of the Attorneys for Defendants
RASHIDA POLLION and WEXFORD
HEALTH SOURCES, INC.

Jaclyn Kinkade
MO Bar 63935
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
jkinkade@cassiday.com

LISA MADIGAN, Attorney General
State of Illinois.
By: _s/ R. Levi Carwile (W/CONSENT)_
   R. Levi Carwile
   Assistant Attorney General
   Attorney for Defendants
   BALDWIN, KIM BUTLER, SALVADOR
   GODINEZ, ILLINOIS DEPT. OF
   CORRECTIONS, JACQUELINE
   LASHBROOK, STEVE MEEKS, ANNA L.
   SCHOTT, and RONALD SKIDMORE

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Robert Carwile
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
rcarwile@atg.state.il.us


and I hereby certify that a true and correct copy of the foregoing Motion was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on September 11, 2018.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Ellean Nance, #B60068
STATEVILLE CORRECTIONAL CENTER
Route 53
PO Box 112
Joliet, IL 60434


*/s/ Jaclyn Kinkade*

5